AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**CHARLES M. STEELE,**

       **Plaintiff,**

                               **JUDGMENT IN A CIVIL CASE**

**v.**

                               **CASE NO. 2:14-cv-2017**
**GARY MOHR, et al.,**          **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                               **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed April 15, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 15, 2015                         RICHARD W. NAGEL, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk